UNITED STATES of America,
Plaintiff–Appellee,

v.

Patrick WILSON, Defendant–Appellant.

No. 09–12317
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 27, 2010.

Charles E. Taylor, Jr., Orlando, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before CARNES, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Patrick Wilson, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wilson's convictions and sentences are **AFFIRMED**.